JAMES ROBLER and others, *Respondents, v.* ALICE L. GALLENTINE, *Appellant, Impleaded, etc.* — Judgment affirmed, with costs. Opinion by SMITH, P. J.

IN THE MATTER OF THE JUDICIAL SETTLEMENT OF THE ACCOUNT OF GILBERT A. WOOD, AS EXECUTOR, ETC., OF JOHN WOOD, *Deceased.* — Declined to be considered and parties permitted to withdraw the case with leave to apply to the surrogate to make and file his decision in accordance with section 2545 of the Code. Mem. by HARDIN, J.

AUGUST SIEGRIST, *Respondent, v.* JOHN A. HOLLOWAY and EDWARD W. EVERSON, *Appellants.* — The portion of the order appealed from reversed, with ten dollars costs and disbursements. Opinion by BARKER, J.

EUGENE F. BENHAM, *Respondent, v.* CHARLES W. VAN CLIEF, *Trustee, etc., Appellant.* — Judgment reversed and new trial ordered in Seneca County Court, with costs of this appeal to abide event unless the plaintiff stipulates to reduce the damages by deducting thirty-seven dollars and forty-three cents and interest from March 1, 1878, in which case the judgment as so modified is affirmed, with costs. Opinion by SMITH, P. J.; HARDIN, J., dissenting.

HENRY E. RIPLEY and REUBEN REEVES, *as Overseers, etc., Appellants, v.* JOHN McCANN, *Respondent.* — Judgment affirmed. Opinion by SMITH, P. J.

AMELIA PLOPPER, *Respondent, v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Appellant.* — Order affirmed, with costs. Opinion by HARDIN, J.

SUSAN A. SMITH, *Appellant, v.* ENOS MERRITT, *Respondent.* — Order affirmed, with costs. Opinion by BARKER, J.

RHODA ANN STOKES, *Appellant, v.* SILAS PEASE, *Respondent.* — Judgment affirmed, with costs. Opinion by HARDIN, J.

WILLIAM H. STACK, *as Overseer, etc., Respondent, v.* ADALINE LANSING, *Appellant.* — Judgment affirmed on the opinion of the county judge.

THOMAS P. SAUNDERS, *Appellant, v.* SIMON AUYER and others, *Respondents.* — Judgment of the County Court reversed and that of the justice affirmed. Opinion by BARKER, J.

THOMAS P. SAUNDERS, *Appellant, v.* MILTON LUTHER, *Respondent.* — Judgment of County Court reversed and that of the justice affirmed. Opinion by BARKER, J.

ELEAZOR A. WILLIAMS, *Respondent, v.* JOSEPH BARTON and another, *Appellants, Impleaded, etc.* — Judgment affirmed. Opinion by HARDIN, J.

GARRETT AMMERMAN and another, *as Overseers, etc., Appellants, v.* CLARA KALL, *Respondent.* — Judgment of the County Court and that of the justice reversed. Opinion by BARKER, J.